IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARY R. STREET,[1] | § | |
| | § | No. 145, 2017 |
| Respondent/Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS06-01448 |
| CHARLES A. BUTLER, | § | Petition Nos. 15-24435, |
| | § | 15-29819, and 16-8391 |
| Petitioner/Respondent Below, | § | |
| Appellee. | § | |

Submitted: January 12, 2018
Decided: March 19, 2018

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

This 19th day of March 2018, after careful consideration of the opening brief and the record below, we conclude that the ruling and orders mentioned below should be affirmed on the basis of, and for the reasons assigned in, the Family Court's March 1, 2016 bench ruling denying the appellant's motion for advanced attorneys' fees and its May 31, 2016 order finding the appellant in contempt. Although it is unclear from her opening brief whether the appellant is raising any arguments concerning the Family Court's March 14, 2017 order finding her in

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

contempt, to the extent that she is, those arguments depend for their validity on her challenge to the May 31, 2016 order, which, by this Order, we affirm.

NOW, THEREFORE, IT IS ORDERED that the Family Court's March 1, 2016 bench ruling, May 31, 2016 contempt order, and March 14, 2017 contempt order be AFFIRMED.

BY THE COURT:


/s/ Gary F. Traynor
Justice